IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACOB GORSKY, and<br>OLESYA GORSKY<br>　*Plaintiffs,*<br><br>V.<br><br>HARRIS COUNTY, TEXAS, DEPUTY<br>GUAJARDO, INDIVIDUALLY,<br>DEPUTY SMALL, INDIVIDUALLY,<br>DEPUTY BERRY, INDIVIDUALLY,<br>CORPORAL RIVAUX,<br>INDIVIDUALLY<br>　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:16-CV-2877<br><br>JURY TRIAL<br><br>JUDGE LEE H. ROSENTHAL |

## **DEFENDANTS' UNOPPOSED MOTION TO RESET TRIAL**

Defendants file this unopposed motion to reset the trial currently set for April 29, 2024, as Defendants' expert will be recovering from hip replacement surgery and likely will be unable to sit for testimony at trial.

1. Plaintiffs' Counsel Randall Kallinen and Alex Johnson stated on Monday, March 25, 2024, they are unopposed but would like a one- to two-month reset.

2. Sgt. Michael Combest will undergo hip replacement surgery on April 3, 2024, which is next week. See attached affidavit, **Exhibit 1,** filed under seal. His doctor has told him to expect 4-6 weeks of recovery.

3. Defense counsel Suzanne Bradley is set for trial June 17, 2024 in Keith Ellison's court, and has vacation plans mid-July. See attached, **Exhibit 2**. Defense counsel Veronica Jones and Greg Burnett have mid-August vacations planned.

4. This motion is filed not for delay but so that justice may be served.

Date: March 26, 2024.

                Respectfully submitted,

By:   */s/ Suzanne Bradley*
      SUZANNE BRADLEY
      Senior Assistant County Attorney
      ATTORNEY-IN-CHARGE
      State Bar No. 00793375
      Federal ID No. 24567
      Tel: (713) 274-5330 (direct)
      Suzanne.Bradley@harriscountytx.gov
      **Attorney for Defendant**
      **Corporal Ben Rivaux**

      GREGORY BURNETT
      Assistant County Attorney
      ATTORNEY-IN-CHARGE
      State Bar No. 24057785
      Fed. Bar No. 3785139
      Tel: (713) 274-5224 (direct)
      gregory.burnett@harriscountytx.gov
      **Attorney for Defendants Harris County,**
      **Harris County Constable Precinct 4, Glenn**
      **Berry, Patrice Small, and Jesus Guajardo**

      JAMES C. BUTT
      Assistant County Attorney
      ATTORNEY TO BE NOTICED
      State Bar No. 24040354
      Fed. Bar No. 725423
      Phone: (713) 274-5133 (direct)
      james.butt@harriscountytx.gov
      Harris County Attorney's Office
      1019 Congress
      Houston, Texas 77002
      **Attorney for Defendants Harris County,**
      **Harris County Constable Precinct 4, Glenn**
      **Berry, Patrice Small, and Jesus Guajardo**

      VERONICA L. JONES
      Assistant County Attorney
      ATTORNEY TO BE NOTICED

State Bar No. 24097902
Fed. Bar No. 3639763
Tel: (713) 274-5181 (direct)
veronica.jones@harriscountytx.gov
Harris County Attorney's Office
1019 Congress Street
Houston, Texas 77002
**Attorney for Defendants
Corporal Ben Rivaux and
Deputy Patrice Small**

# CERTIFICATE OF CONFERENCE

On March 25, 2024, I conferred with counsel for Plaintiffs, Randall Kallinen and Alex Johnson, and they are unopposed to this motion, but would like a one- to two-month reset.

*/s/ Suzanne Bradley*
Suzanne Bradley

# CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all parties.

*/s/ Suzanne Bradley*
Suzanne Bradley