# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Jacob Gorsky, et al.

v.  Case Number: 4:16–cv–02877

Harris County, Texas, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/15/2024

**TIME:** 05:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date:   October 3, 2024

Nathan Ochsner, Clerk