IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| JACOB GORSKY, *et al.*, | )( | Civil Action No. 4:16-cv-2877 |
| --- | --- | --- |
| | )( | (Jury Trial) |
| *Plaintiffs,* | )( | |
| | )( | |
| v. | )( | |
| | )( | |
| HARRIS COUNTY, *et al.*, | )( | |
| | )( | |
| *Defendants.* | )( | |

**PLAINTIFF'S AMENDED PROPOSED TRIAL EXHIBIT LIST**

**TO THE HONORABLE LEE H. ROSENTHAL:**

NOW COME Plaintiffs and pursuant to the Rules and Orders of the Court file this amended list of proposed trial exhibits which may be offered by Plaintiffs in the trial of this case and sets forth as follows:

| NO. | EXHIBIT DESCRIPTION | OFF | OBJ | DATE ADMIT | NOT |
| --- | --- | --- | --- | --- | --- |
| 1 | Video of "egging" * | | | | |
| 2 | Clark Report | | | | |
| 3 | Clark CV | | | | |
| 4 | Photos of injuries | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | 2016-02-21 at 3:15 a.m walk to car (no bates – produced by defendant 8/3/17) * | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

Plaintiffs may further offer any of Defendants' trial exhibits.

Respectfully Submitted,

/s/ Randall L. Kallinen
Randall L. Kallinen
Kallinen Law PLLC
U.S. So. Dist. of TX Bar No.19417
State of Texas Bar No. 00790995
511 Broadway Street
Houston, Texas 77012
Telephone:  713.320.3785
FAX:         713.893.6737
Email:        AttorneyKallinen@aol.com

/s/Alexander C. Johnson
Alexander C. Johnson
Kallinen Law PLLC

2

State of Texas Bar No. 24123583
U.S. So. Dist. of TX Bar No.3679181
511 Broadway Street
Houston, Texas 77012
Telephone: 573.340.3316
FAX: 713.893.6737
Email: alex@acj.legal

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this October 13, 2024, a true and correct copy of the foregoing pleading was delivered in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

*/s/ Randall L. Kallinen*
Randall L. Kallinen