## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Jacob Gorsky, et al.

v.                                                  Case Number: 4:16–cv–02877

Harris County, Texas, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/15/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference


Date:   October 15, 2024

                                                                                                           Nathan Ochsner, Clerk