# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Jacob Gorsky, et al.

v.  Case Number: 4:16−cv−02877

Harris County, Texas, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 10/18/2024 at 04:30 PM before Judge Lee H Rosenthal, by video.

Date: October 18, 2024

Nathan Ochsner, Clerk, Clerk<br>
s/ 4 GlendaHassan, Deputy Clerk