United States District Court
Southern District of Texas
**ENTERED**
October 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACOB GORSKY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-2877 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

The Court will provide the breakfast meal daily for the jury during trial. This order directs the Financial Section of the Clerk's Office to reimburse costs to provide the meal.

SIGNED on October 21, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge