United States District Court
Southern District of Texas
**ENTERED**
October 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GORSKY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-16-02877 |
| HARRIS COUNTY, *et al.*, | § § § | |
| Defendants. | § § § § | |

**ORDER**

The court will provide the lunch meal for the jury on October 25, 2024, during deliberations. This order directs the Financial Section of the Clerk's Office to reimburse costs to provide the meal.

SIGNED on October 25, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge