IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACOB GORSKY, and OLESYA GORSKY<br>  *Plaintiffs,*<br><br>V.<br><br>HARRIS COUNTY, TEXAS, DEPUTY GUAJARDO, INDIVIDUALLY, DEPUTY SMALL, INDIVIDUALLY, DEPUTY BERRY, INDIVIDUALLY, CORPORAL RIVAUX, INDIVIDUALLY<br>  *Defendants.* | CIVIL ACTION NO.<br>4:16-CV-2877<br><br>JURY TRIAL<br><br>JUDGE LEE H. ROSENTHAL |

# FINAL JUDGMENT

This action was called to trial on October 21, 2024. All parties appeared in person or through counsel and announced ready for trial, and the Court empaneled a jury. Trial concluded on October 25, 2024, with a jury verdict in favor of Defendants Benjamin Rivaux, Jesus Guajardo, Glenn Berry and Patrice Small (Defendants) on all claims.

The Court now renders judgment based on the verdict.

The Court orders that Plaintiffs Jacob Gorsky and Olesya Gorsky take nothing. The Court further orders that Defendants shall recover jointly and severally from Plaintiffs reasonable attorneys' fees.

Court costs are taxed against Plaintiffs and in favor of the Defendants. The Court denies all relief not expressly granted, other than attorneys' fees and costs to Defendants. This is a final judgment.

Signed: _____      _____
                                LEE H. ROSENTHAL
                                UNITED STATES DISTRICT COURT JUDGE

Date: October 30, 2024.

                Respectfully submitted,

By:   */s/ Suzanne Bradley*
       SUZANNE BRADLEY
       Senior Assistant County Attorney
       ATTORNEY-IN-CHARGE
       State Bar No. 00793375
       Federal ID No. 24567
       Tel: (713) 274-5330 (direct)
       Suzanne.Bradley@harriscountytx.gov
       Harris County Attorney's Office
       1019 Congress Street
       Houston, Texas 77002
       **Attorney for Defendant**
       **Corporal Ben Rivaux**

By:   */s/ Gregory Burnett  (by permission)*
       GREGORY BURNETT
       Assistant County Attorney
       ATTORNEY-IN-CHARGE
       State Bar No. 24057785
       Fed. Bar No. 3785139
       Tel: (713) 274-5224 (direct)
       gregory.burnett@harriscountytx.gov
       Harris County Attorney's Office
       1019 Congress Street
       Houston, Texas 77002
       **Attorney for Defendants Glenn Berry,**
       **Patrice Small, and Jesus Guajardo**

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all parties.

       */s/ Suzanne Bradley*
       SUZANNE BRADLEY