United States District Court
Southern District of Texas
**ENTERED**
November 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACOB GORSKY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. H-16-2877 |
| § | |
| HARRIS COUNTY, *et al.*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

This case was tried before a jury from October 21, 2024, to October 25, 2024. The jury returned a unanimous verdict in favor of the defendants, Benjamin Rivaux, Jesus Guajardo, Glenn Berry, and Patrice Small, and against the plaintiffs, Jacob and Olesya Gorsky, on all claims.

The court now renders judgment for the defendants based on the verdict.

The court orders that the plaintiffs, Jacob and Olesya Gorsky, take nothing.

Court costs are taxed against the plaintiffs and in favor of the defendants. The court denies all other relief. This is a final judgment.

SIGNED on November 4, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge